# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BELTRAN,<br><br>             Petitioner,<br>    vs.<br><br>W. L. MONTGOMERY,<br><br>             Respondent.<br>_____ | Case No. ED CV 14-591 FMO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Respondent's motion to dismiss and dismissing this action with prejudice.

DATE: September 15, 2014                           _____/s/_____
                                                                    HON. FERNANDO M. OLGUIN
                                                                    UNITED STATES DISTRICT JUDGE