# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY BELTRAN, <br> Petitioner, <br> vs. <br> W. L. MONTGOMERY, <br> Respondent. | Case No. ED CV 14-591 FMO (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Respondent's motion to dismiss is granted and this action is dismissed with prejudice.

DATE: September 15, 2014

_____/s/_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE